UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-10816-RWZ

JOSEPH P. SCHMITT

v.

CARLIN SEWARD, *et al.*

ORDER
March 29, 2010

ZOBEL, D.J.

Plaintiff sued another inmate, Carlin Seward, and a number of Department of
Corrections ("DOC") officials.  He settled with Seward for an amount of money to be
paid in installments directly from Seward's canteen account and moved to dismiss the
complaint against Seward.  He then moved to withdraw his complaint against all DOC
defendants.  The court allowed both motions and entered judgment dismissing the
complaint on March 8, 2010.

Apparently Seward has had second thoughts about the settlement and has
refused to carry out its terms by refusing to pay and, instead, depleting his canteen
account.  As a result, plaintiff on March 15, 2010, moved for a two part order: (1)
against the DOC, that it "comply with the 'Stipulation of Settlement' filed in this action
between pro se plaintiff Schmitt and pro se defendant Seward, and to freeze Seward's
institutional account for $838.00;" and (2) against Seward, that the dismissal of the
action against him be vacated and the action be reinstated and a hearing on
assessment of damages be scheduled. (Docket # 60.)  Eight days later, on March 23,

plaintiff filed yet another motion for a court order that DOC freeze Seward's account (Docket # 62).

DOC simultaneously with the filing of each of plaintiff's motions has moved for an enlargement of time to respond thereto (Docket ## 59 and 63).

I note first that plaintiff's motion for a court order, # 60, does not include a certificate of service. Second, the DOC defendants are not parties to the settlement and do not, therefore, have any responsibility to "comply with" or enforce it. Accordingly, the motions for a court order are denied insofar as they are directed to DOC, and DOC's motions for an extension of time to oppose are denied as moot.

With respect to Seward, the court will address the motion, # 60, after it has been properly served on the defendant and he has answered or the time for answering has expired.

March 29, 2010
DATE

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

2