UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-10816-RWZ

JOSEPH P. SCHMITT

v.

CARLIN SEWARD, *et al.*

ORDER

November 15, 2010

ZOBEL, D.J.

On July 28, 2010, after an assessment of damages hearing, the court awarded plaintiff a sum of money against a fellow inmate who had been defaulted. Plaintiff timely moved for reconsideration of the order (Docket # 75). The last paragraph of the motion stated:

"IN THE ALTERNATIVE, pro se plaintiff, Joseph P. Schmitt, hereby gives notice to the Court that he is appealing the Court's Order and requests the Court order its clerk to assemble the record and take all steps necessary and lawfully required in an appeal."

The court denied the motion for reconsideration but did not address the alternative request. It later denied a motion to assemble the record on appeal (Docket # 84) because the docket reflects no Notice of Appeal. Plaintiff has now filed an "Inquiry Regarding Court's Rulings" in which he points out the alternative request in Docket # 75 and again requests that the clerk be ordered to assemble the record.

Although the notice of appeal was well hidden in Docket # 75, it was timely filed. Accordingly, the clerk shall separately note on the docket the filing of the notice of appeal and assemble the record.

|  |  |
|---|---|
| November 15, 2010 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |